March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

           -v-

SAIBO SIDIBEH,

                     Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20-Mag-8410

Defendant __Saibo Sidibeh_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

__x__ Initial Appearance/Appointment of Counsel

____ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

__x__ Bail/Revocation/Detention Hearing

____ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence

_AW pp Saibo Sidibeh_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Ariel Werner_____
Defense Counsel's Signature

__Saibo Sidibeh_____
Print Defendant's Name

__Ariel Werner_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_Aug 12, 2020_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge